**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN LLAMAS,** | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **VS.** | ) | **CIVIL ACTION NO. 08-1549** |
| | ) | |
| **REDLINE RECOVERY SERVICES, LLC** | ) | |
| **DEFENDANT.** | ) | |

# STIPULATION FOR DISMISSAL

It is hereby stipulated by and between plaintiff, John Llamas, and defendant, Redline Recovery Services, LLC that all of Plaintiff's claims and causes of action against Redline Recovery Services, LLC as set forth in Plaintiff's Complaint, shall be dismissed with prejudice to plaintiff.  The parties shall bear their own court costs.

Respectfully submitted,

**THE SWANEY LAW FIRM**

/s/ Robert T. Healey
Robert T. Healey
EDMO # 3356; Missouri Bar #34138
Attorney at Law
3460 Hampton, Suite 205
St. Louis, MO 63139
rhealey@swaneylawfirm.com
telephone: (314) 481-7778
fax:  (314) 481-8479